# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **VICTORIA BANKS,**<br><br>         Plaintiff,<br><br>v.<br><br>**SOCIAL SECURITY COMMISSIONER,**<br><br>         Defendant. | **2:24-CV-10481-TGB-CI**<br><br>HON. TERRENCE G. BERG<br><br><br>**JUDGMENT** |

In accordance with the Order entered in the above-captioned case on this date, it is **ORDERED** and **ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED**.

Dated: March 31, 2025        /s/Terrence G. Berg
                             TERRENCE G. BERG
                             UNITED STATES DISTRICT COURT